UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

        Plaintiff,　　　　　　　　　　No. C 13-5453 EDL (PR)

  v.　　　　　　　　　　　　　　　　　**ORDER OF TRANSFER**

SACRAMENTO COUNTY JAIL, et. al.,

        Defendants.
                                       /

This is a civil rights case brought pro se by a county prisoner. Plaintiff describes events that occurred at the Sacramento County Jail and surrounding counties. All events occurred within the venue of the United States District Court for the Eastern District of California, and the defendants are located there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: December 16, 2013.

                                  ELIZABETH D. LAPORTE
                                  United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Baker5453.trn.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JERRY BAKER,

        Plaintiff,

v.

SACRAMENTO COUNTY JAIL et al,

        Defendant.

Case Number: CV13-05453 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 16, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry W. Baker #3815061
8W#117
651 I Street
Sacramento, CA 95814

Dated: December 16, 2013

Richard W. Wieking, Clerk
By: Lisa R Clark, Deputy Clerk

2