1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JERRY W. BAKER,                 No. 2:13-cv-2608-CMK-P

12          Plaintiff,

13      vs.                     <u>ORDER</u>

14   SAC, COUNTY JAIL, et al.,

15          Defendants.

16   _____/

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Plaintiff has not filed a complete application to proceed in forma pauperis,

19   along with a certified copy of his trust account statement for the six-month period immediately

20   preceding the filing of the complaint, or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a),

21   1915(a), (a)(2).

22          The court has previously determined that plaintiff is barred from proceeding in

23   forma pauperis pursuant to 28 U.S.C. § 1985(G).  <u>See</u> <u>Baker v. Marsh</u>, case No. 2:13-cv-0174

24   AC P (Doc. 13); <u>Baker v. Marsh</u>, Case No. 2:13-cv-0171 EFB P (Docs. 4, 5).  In this case, it does

25   not appear that plaintiff was under imminent threat of serious physical injury when he filed the

26   instant complaint.  <u>See</u> 28 U.S.C. § 1915(g).  Rather, plaintiff appears to be complaining about

1  the forfeiture of money and property related to his criminal proceedings.  Thus, plaintiff will be

2  provided the opportunity to submit the appropriate filing fee, and is cautioned that failure to

3  timely comply will result in the dismissal of this action.  See Local Rule 110.

4          Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit, within 30

5  days of the date of this order, the appropriate filing fee.

7  DATED:  April 16, 2014

9  **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE